

David Slarskey
(212) 658-0661
767 Third Ave, 14th Fl
New York, NY 10017

October 17, 2025

BY NYSCEF
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED** pg. 2.

Re:   *ERTC Express LLC v. XBP Global Holdings, Inc. et al*, No. 1:25-cv-08490-ER

Dear Judge Ramos:

    We represent Plaintiff ERTC Express LLC ("Plaintiff") in the above-referenced matter (the "Action"). We write, pursuant to 1.E. of Your Honor's Rules, to request an adjournment of the Show Cause Hearing set for October 24, 2025 at 2:00 pm (ECF No. 16) to a date that is convenient for the Court between and including November 4, 2025, and November 7, 2025, or in the alternative to permit virtual argument (though our preference would be to appear in person). This is our first request for adjournment.

    At issue in the action are thousands of United States Treasury tax refund checks for which Plaintiff retained Defendants as a fiduciary paymaster to deposit, process, and pay. Defendants have materially breached the parties' agreement and their fiduciary duties by failing to maintain appropriate banking facilities, failing to process and pay checks, and then stockpiling millions of dollars of checks rather than forwarding them at Plaintiff's direction to a qualified fiduciary who can process them. Defendants' threats to return the checks to the Treasury Department (as leverage for demanding additional, extracontractual payment terms) precipitated this lawsuit and application for injunctive relief.

    The subject of the Show Cause Hearing is Plaintiff's application for an order directing Defendants to (i) preserve all checks they have received, rather than forward them to any party other than at Plaintiff's direction; (ii) forward the checks in their possession to Plaintiff or a qualified paymaster designated by Plaintiff; and (iii) account for all checks received. (ECF No. 16.) Defendants have since agreed to preserve the checks pending the Court's determination. I have pre-existing plans (a family obligation) that is six time zones away, and will not be returning to New York until November 4, necessitating the brief adjournment, or permission to appear virtually, though my preference would be to appear in person. This would also permit Defendants to file their opposition by October 29, 2025, and Plaintiff to present reply papers, with the Court's permission, by November 3, 2025.

1

      Defendants have consented to our proposed deadlines for their opposition and Plaintiff's reply. They have also consented to our adjournment of the Show Cause Hearing to a date between and including November 4, 2025, and November 7, 2025.

Respectfully submitted,

*David Slarskey*

David Slarskey

Cc:    Counsel of record (via NYSCEF)

---

The show cause hearing is adjourned to November 4, 2025, at 11:00 a.m.  Defendants' opposition is due October 29, 2025, and Plaintiff's reply is due November 3, 2025 by 5 p.m.

Plaintiff is directed to serve Defendants with a copy this order by October 20, 2025.

SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: __10/17/2025__
New York, New York



2