UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERTC EXPRESS LLC,

Plaintiff,

– *against* –

REGULUS GROUP LLC *and* XBP GLOBAL HOLDINGS, INC.,

Defendants.

**OPINION & ORDER**

25-cv-08490 (ER)

RAMOS, D.J.:

The Court writes to clarify whether the dismissals ordered in its September 22, 2025 opinion and order are with or without prejudice, and for which the Plaintiff is granted leave to amend. As a general rule, leave to amend should be freely given. *Jin v. Metropolitan Life Insurance Co.*, 310 F.3d 84, 101 (2d Cir. 2002); see also Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend] when justice so requires"). It is "within the sound discretion of the district court to grant or deny leave to amend." *McCarthy v. Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007). A court may deny leave to amend "for good reason, including futility, bad faith, undue delay, or undue prejudice to the opposing party." *Holmes v. Grubman*, 568 F.3d 329, 334 (2d Cir. 2009). The Second Circuit has held that leave to amend may be denied on the basis of futility when it is "beyond doubt that the plaintiff can prove no set of facts in support of his amended claims." *Pangburn v. Culbertson*, 200 F.3d 65, 71 (2d Cir. 1999) (internal quotation marks and citation omitted).

The Court grants ERTC leave to amend in part. The Court grants leave to amend the dismissed claims against XBP Global, which were dismissed on the basis of the insufficiency of the pleadings. As to the dismissed claims against Regulus, the Court grants in part and denies in part. The unjust enrichment and breach of fiduciary duty claims are dismissed with prejudice because they are duplicative claims. The conversion claim is dismissed without prejudice because it was dismissed based on the insufficiency of the pleadings. The tortious inference with

prospective business advantage claim is dismissed without prejudice. While the Court concluded the claim was duplicative, a plaintiff can maintain a tortious interference alongside a breach of contract claim if they show that the defendant breached a duty independent of its duties under the contract. *Apotex Corp. v. Hospira Healthcare India Private Ltd.*, No. 18 Civ. 4903 (JMF), 2019 WL 3066328, at *7 (S.D.N.Y. July 12, 2019). For this reason, the Court does not conclude that amendment of this claim would be futile.

Accordingly, ERTC is granted leave to amend the complaint in part. ERTC will be provided with an opportunity to amend the claims against XBP Global as well as the conversion and tortious interference claims against Regulus. ERTC is directed to file the amended complaint by October 26, 2026. If it does not do so, all dismissals will be with prejudice.

SO ORDERED.

Dated: October 5, 2026
New York, New York

EDGARDO RAMOS
United States District Judge